IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOYCE TOWNSEND                                            PLAINTIFF

VS.                             NO. 3:17CV0009 JM

OFFICE DEPOT, INC.
And JOHN DOE NOS. 1-4                                    DEFENDANTS

**ORDER**

Pending is the Plaintiff's motion to dismiss with prejudice. (Docket # 19). For good cause shown, the motion is GRANTED. This case is dismissed with prejudice. Each party will bear their own costs. The Clerk is directed to close the case.

IT IS SO ORDERED this 23rd day of October, 2018.

                                                   _____
                                                   James M. Moody Jr.
                                                   United States District Judge